Gillian Murphy, WSBA #37200
Scott Prange, WSBA #53980
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| MATTHEW ALLEN STERBA, and KEELY STERBA, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE, DBA PACIFIC NORTHWEST NATIONAL LABORATORY,<br><br>Defendant. | No. 4:22-cv-05163<br><br>**VERIFICATION OF STATE COURT RECORDS** |

I hereby certify that I am counsel for Defendant Battelle Memorial Institute, dba Pacific Northwest National Laboratory ("BMI")[1] in the above-captioned

---

[1] Battelle Memorial Institute ("BMI") operates and manages Pacific Northwest National Laboratory ("PNNL"). BMI does not do business as PNNL. PNNL is not a legal entity. BMI (not PNNL) is the legal entity that employs Plaintiff Sterba.

VERIFICATION OF STATE COURT RECORDS - 1
(Case No. 4:22-cv-05163)

4864-4510-3427v.2 0021368-000030

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

action. I hereby verify that the documents comprising the state court record are attached as **Exhibit A** and **Exhibit B** to the Notice of Removal and include true and complete copies of all the records and proceedings filed in the state court action, Case No. 22-2-01969-03 in the Superior Court of Washington for Benton County.

DATED this 19th day of December, 2022.

>DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Battelle Memorial Institute, dba Pacific Northwest National Laboratory*
>
>By    */s/ Scott Prange*
>Gillian Murphy, WSBA #37200
>Scott Prange, WSBA #53980
>920 Fifth Avenue, Suite 3300
>Seattle, WA  98104-1610
>Telephone: 206.622.3150
>Fax: 206.757.7700
>Email: gillianmurphy@dwt.com
>Email: scottprange@dwt.com

VERIFICATION OF STATE COURT RECORDS - 2
(Case No. 4:22-cv-05163)

4864-4510-3427v.2 0021368-000030

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

| | |
|---|---|
| William Edelblute, WSBA #13808<br>William Edelblute PLLC<br>1030 N Center Parkway<br>Kennewick, WA  99336<br>Telephone:  509.737.0073<br>Fax:  509.222.2223<br>Email:  bill@edellaw.com<br>Attorney for Matthew Sterba | ☐  Via Legal Messenger<br>☐  Via U.S. Mail, postage prepaid<br>☐  Via Federal Express<br>☐  Via Facsimile<br>☐  Via Electronic Mail<br>☒  **Via Court ECF** |

Declared under penalty of perjury under the laws of the State of Washington. DATED at Renton, Washington this 19th day of December, 2022.

*/s/ Greta Nelson*
Greta Nelson, Legal Assistant
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  206.622.3150
Fax:  206.757.7700
Email:  gretanelson@dwt.com

VERIFICATION OF STATE COURT RECORDS - 3
(Case No. 4:22-cv-05163)

4864-4510-3427v.2 0021368-000030

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax