FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW ALLEN STERBA, and his marital community with Keely Sterba,<br><br>Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE, d.b.a., PACIFIC NORTHWEST NATIONAL LABORATORY,<br><br>Defendant. | No. 4:22-CV-05163-ACE<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>ECF No. 32 |

**BEFORE THE COURT** is the parties' Stipulated Motion for Dismissal of All Claims with Prejudice. ECF No. 32. Plaintiff is represented by William Edelblute; Defendant is represented by Gillian Murphy and Scott Prange.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. The parties stipulate and agree to the dismissal of Plaintiff's claims with prejudice and without an award of fees or costs. ECF No. 32. The stipulation is signed by counsel for all parties.

Good cause appearing therefor, **IT IS HEREBY ORDERED**:

1. The parties' stipulated motion to dismiss this case with prejudice, **ECF No. 32**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

ORDER . . . - 1

3. All pending deadlines and hearings are **STRICKEN**.

4. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED March 5, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2